UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY MANCHUK,

　　　　　Plaintiff,

　　　v.

UNITED STATES DEPARTMENT OF
EDUCATION,

　　　　　Defendant.

No.  2:24-cv-2882-DC-SCR

PRETRIAL SCHEDULING ORDER

On March 5, 2026, the Court held a status and scheduling conference in this case.  *See* ECF Nos. 18, 21, 24.  After hearing from the parties, and in consideration of the parties' status reports (ECF No. 25, 27-28, 30), the Court enters the following scheduling order.

**JURISDICTION/VENUE**

This Court has federal question subject matter jurisdiction over this action because Plaintiff asserts a violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2)(A). ECF No. 1 at 8.  Defendant does not dispute jurisdiction or venue.  ECF No. 25.

**AMENDMENTS TO PLEADINGS**

Plaintiff seeks to amend the pleadings to seek recovery of costs among the forms of relief, and to backdate any cancellation of the disputed loan to July 17, 2023.  ECF No. 28 at 2.  As discussed at the status conference, Defendant does not oppose amendment of the complaint as to recovery of costs.  The parties may file a stipulation to include costs among the requested relief in

1

the Complaint.  As to backdated cancellation of the loan, Plaintiff shall meet and confer with Defendant regarding any authority which Plaintiff believes entitles him to pursue such remedy through the APA.  Should the parties be unable to stipulate to amend the Complaint concerning backdating of any cancellation, Plaintiff may then seek leave to amend his Complaint through a noticed motion.  Such motion shall be filed no later than April 3, 2026.

**MOTION HEARING SCHEDULES**

Plaintiff has indicated an intent to move for a preliminary injunction.  Plaintiff must refer to Local Rule 230 and Judge Riordan's Civil Standing Orders regarding the requirements for filing such motions, including noticing such motions on the Court's regularly scheduled law and motion calendar.  Available hearing dates are available on Judge Riordan's website.

Pursuant to Local Rule 261, Defendant's proposed schedule (ECF No. 25 at 2), and the parties' discussion of Plaintiff's intention to seek to supplement the administrative record in this case, the deadlines for merits briefing are set as follows:

1. Plaintiff shall file a Motion for Summary Judgement, and any motion to supplement the administrative record, by April 24, 2026.  Any motion to supplement the record shall include as exhibits any documents Plaintiff seeks to add to the administrative record.

2. Defendant shall file its Opposition and Cross-Motion for Summary Judgment by June 26, 2026.

3. Plaintiff shall file his Reply and Opposition to Defendant's Cross-Motion for Summary Judgment by July 24, 2026.

4. Defendant shall file its Reply in Support of Cross-Motion for Summary Judgment by August 21, 2026.

5. Unless otherwise ordered, these motions will be submitted for adjudication on the papers without oral argument.

**SETTLEMENT CONFERENCE/MAGISTRATE JUDGE AS SETTLEMENT JUDGE**

The parties agree that a settlement conference should be scheduled, with a magistrate judge other than the undersigned serving as settlement judge.  However, no magistrate judges of

2

this Court are available to oversee a settlement conference during March and April 2026.  The parties shall meet and confer and file a notice of mutually agreeable settlement conference dates in May and June 2026.  The parties are encouraged to attempt to settle this case informally in the meantime.

**IT IS SO ORDERED.**

DATED: March 9, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3