ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the
United States Department of Education

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUY MANCHUK,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

Defendant.

CASE NO. 2:24-CV-2882-SCR (PS)

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SUMMARY JUDGMENT SCHEDULE**

**LOCAL RULE 233**

DATE: N/A
TIME: N/A
CTRM: 27
JUDGE: Hon. Sean C. Riordan

Pending before the Court is Defendant's motion for administrative relief to extend the summary judgment schedule pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 233.

Good cause appearing, Defendant's motion is GRANTED. The summary judgment briefing schedule is modified as follows:

- Defendant's opposition and cross-motion for summary judgment is due 30 days after the date that Court issues its order regarding Defendant's motion to dismiss contained in ECF No. 44.
- Plaintiff's reply and opposition is due 30 days after Defendant's opposition and cross-motion is filed.

- Defendant's reply to cross-motion for summary judgment is due 30 days after Plaintiff's reply and opposition is filed.

IT IS SO ORDERED.

Dated: July 27, 2026

HON. SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE